Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

FILED
AUG 16 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 24-cv-3221
*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Corey G Keller

-v-

Corey G. Keller ik

Jury Trial: *(check one)*  ☐ Yes  ☐ No

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

See attached

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Corey G. Keller |
| Street Address | 101 N. Webster |
| City and County | Pana - Christian |
| State and Zip Code | Ill. - 62557 |
| Telephone Number | 618-704-5391 |
| E-mail Address | NA |

**B. The Defendant(s)**

1.

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1** (1st)
| | |
|---|---|
| Name | Alan Bailey |
| Job or Title *(if known)* | MSgt. |
| Street Address | |
| City and County | Taylorville – Christian |
| State and Zip Code | Ill. – 62568 |
| Telephone Number | 217-824-4961 |
| E-mail Address *(if known)* | NA |

**Defendant No. 2** (2nd)
| | |
|---|---|
| Name | Brett Woods |
| Job or Title *(if known)* | Chief Deputy |
| Street Address | |
| City and County | Taylorville, Christian |
| State and Zip Code | Ill. 62568 |
| Telephone Number | 217-824-4961 |
| E-mail Address *(if known)* | |

**Defendant No. 3**
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**
| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

**A.    The Plaintiff(s)**

1. If the plaintiff is an individual

| | | |
|---|---|---|
| The plaintiff, *(name)* | Corey S. Keller | , is a citizen of the |
| State of *(name)* | Ill. | |

2. If the plaintiff is a corporation   NA

| | | |
|---|---|---|
| The plaintiff, *(name)* | | , is incorporated |
| under the laws of the State of *(name)* | | , |

2.

| | | and has its principal place of business in the State of *(name)* | |
|---|---|---|---|
| | | | |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.    The Defendant(s)**

    1.    If the defendant is an individual

| The defendant, *(name)* | Alex Bailey | , is a citizen of |
|---|---|---|
| the State of *(name)* | Ill. | . Or is a citizen of |
| *(foreign nation)* | | |

    2.    If the defendant is a corporation

| The defendant, *(name)* | | , is incorporated under |
|---|---|---|
| the laws of the State of *(name)* | | , and has its |
| principal place of business in the State of *(name)* | | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.    The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

| | |
|---|---|
| | |

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

| On *(date)* 8/16/21 | , at *(place)* 101 N Webster. Pana IL |
|---|---|

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

| | |
|---|---|
| | |

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

| | |
|---|---|
| | |

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any

3

punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | | aug 15, 2024 | |
|---|---|---|---|
| Signature of Plaintiff | | by b/h | |
| Printed Name of Plaintiff | | Corey b Keller | |

### B. For Attorneys

| Date of signing: | | | |
|---|---|---|---|
| Signature of Attorney | | | |
| Printed Name of Attorney | | | |
| Bar Number | | | |
| Name of Law Firm | | | |
| Street Address | | | |
| State and Zip Code | | | |
| Telephone Number | | | |
| E-mail Address | | | |

## II. Basis for Jurisdiction

### B. The Defendant(s)

1. Defendant, Scott Woods, is a citizen of the State of Illinois.

## III. Statement of Claim

A. Defendants, Alan Bailey and Scott Woods filed a false police report about weapons that had been seized from my possession. In their report, they had claimed that they found a black rifle and a shotgun with a pistol grip. It was also reported that they had seized 3 boxes of .223 round ammunition. In a later report, Msgt. Bailey writes to correct his previous statement. In his corrected statement he states, "On August 19, 2021 I, Msgt Bailey, was reviewing attachments for my report when I realized that I had listed too many boxes of .223 ammunition." Deputy Scott Woods approved this falsified statement which then resulted in my FOID card revocation.

## IV. Relief

I, Corey Keller, ask the courts to reinstate my FOID card, and a sum of $500,000. I feel that I am entitled to these sums as my credit score has been compromised, due to my stay at the Memorial Medical Center. These incidents have also caused emotional distress, which then resulted in a loss of income.

5.

**Defendants**
    A. Msgt. Alan Bailey
    B. Deputy Scott Woods